**CT Corporation**

**Service of Process Transmittal**
11/18/2014
CT Log Number 526098282

**TO:** Michael Bell
Electrolux North America, Inc.
10200 David Taylor Drive
Charlotte, NC 28262

**RE:** Process Served in Kansas

**FOR:** Electrolux Home Products, Inc. (Domestic State: DE)
*According to our records representation services for this entity have been discontinued in this jurisdiction.*

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** Kimberly Franken and Laurence Franken, Pltfs. vs. Sears, Roebuck and Co., etc., et al. including Electrolux Home Products, Inc., Dfts.

**DOCUMENT(S) SERVED:** Summons, Petition, Demand, Exhibit(s)

**COURT/AGENCY:** Clay County District Court, KS
Case # 14CV31

**NATURE OF ACTION:** Product Liability Litigation - Manufacturing Defect - Kenmore Air Conditioner

**ON WHOM PROCESS WAS SERVED:** The Corporation Company, Inc., Topeka, KS

**DATE AND HOUR OF SERVICE:** By Process Server on 11/18/2014 at 12:30

**JURISDICTION SERVED:** Kansas

**APPEARANCE OR ANSWER DUE:** Within 30 days after service

**ATTORNEY(S) / SENDER(S):** Norman R. Kelly
Norton, Wasserman, Jones & Kelly, L.L.C.
213 South Santa Fe
Salina, KS 67402-2388
785-827-3646

**ACTION ITEMS:** CT has retained the current log, Retain Date: 11/19/2014, Expected Purge Date: 11/24/2014
Image SOP
Email Notification, Michael Bell michael.bell@electrolux.com
Email Notification, Timora Wilkerson timora.wilkerson@electrolux.com

**SIGNED:** The Corporation Company, Inc.
**ADDRESS:** 112 S.W. 7th Street
Suite 3C
Topeka, KS 66603
**TELEPHONE:** 855-483-2021.

Page 1 of 1 / TW

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.


EXHIBIT B



## IN THE DISTRICT COURT OF CLAY COUNTY, KANSAS

CASE NO. 14 CV _31_

| | |
|---|---|
| KIMBERLY FRANKEN and<br>LAURENCE FRANKEN, | A. _X_ Ch. 60 In KS (Personal Service)<br>B. ____ Ch. 60 Outside KS (Personal Service)<br>C. ____ Ch. 60 In KS (Certified Mail) |
| Plaintiffs | D. ____ Ch. 60 Outside KS (Certified Mail)<br>E. ____ Commissioner of Insurance |
| v. | F. ____ Secretary of State |
| ELECTROLUX HOME PRODUCTS,<br>INC.<br>c/o THE CORPORATION<br>COMPANY, INC, Resident Agent<br>112 SW 7ᵗʰ Street, Suite 3C<br>Topeka, KS 66603 | G. ____ PFA<br>H. ____ Other |
| Defendant | |

### SUMMONS
### CHAPTER 60

To the Above-Named Defendant:

You are hereby notified that an action has been commenced against you in this court. You are required to file your answer to the petition with the Court and to serve a copy upon Norman R. Kelly, Plaintiffs' attorney at 213 S. Santa Fe, Salina, Kansas 67401.

(  ) Hearing will be held at the Clay County District Court, 712 5ᵗʰ Street, Clay Center, Kansas 67432. Courtroom # ____

(  ) Hearing will be held at _____, _____, KS.

| | | |
|---|---|---|
| ____ | A. | Within 21 Days after service of summons upon you. |
| _X_ | B. | Within 30 days after service of summons upon you. |
| ____ | C. | Within 21 days after the registered or certified mail is signed or refused by you. |
| ____ | D. | Within 30 days after the registered or certified mail is signed or refused by you. |

_____ E.    Within 40 days after service of summons upon the Commissioner of Insurance, Date:

_____ .

_____ F.    Within 30 days after service of summons upon the Secretary of State.

_____ G.    PFA  To appear on _____ at _____.M.  Courtroom #_____,117
_____, Clay Center, Kansas 67432.

_____ H.    Other _____

If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition.  Any related claim, which you may have against the Plaintiffs, must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.

(Seal of the Court)

Dated _____ NOV - 3 2014 _____

_Melissa Stellner_
Clerk of the District Court

By: _Christa Braxell_
Deputy Clerk

(  ) If checked, summons must be served by _____, 2014, and your return made within _____ days thereafter.

## RETURN OF SERVICE ON SUMMONS

I hereby certify that I have served this summons:

(1)    Personal Service: By delivering a copy of such summons and a copy of the petition to each of the following defendants on the date indicated:

_____     _____     _____ , 2014.

_____     _____     _____ , 2014.
      (Name)                        (Date)

(2)    Residential Service: By leaving a copy of such summons and a copy of the petition at the usual place of residence of each of the following defendant(s) with some person of suitable age and discretion residing therein on the dates indicated:

_____     _____     _____ , 2014.

_____     _____     _____ , 2014.
      (Name)                        (Date)

(3)    Agent Service: By delivering a copy of such summons and a copy of the petition to each of the following agents authorized by appointment or by law to receive service of the process on the dates indicated.

_____    _____    _____, 2014.

_____    _____    _____, 2014.

       (Name)             (Date)

(4)    Residence of Service and Mailing: By leaving a copy of such summons and a copy of the petition at the usual place of residence of each of the following defendant(s) and mailing by first-class mail on the dates indicated a notice that such copy has been so left.

_____    _____    _____, 2014.

_____    _____    _____, 2014.

       (Name)             (Date)

(5)    Certified Mail Service: I hereby certify that I have served the within summons: (1) by mailing on the _____ day of _____, 2014, a copy of the summons and a copy of the petition in the above action as certified mail return receipt requested to each of the within-named defendant(s); (2) the name and address on the envelope containing the process mailed as certified mail return receipt requested were as follows:_____

_____

                         By:_____

(6)    Certified Mail Service Refused: I hereby certify that on the \_\_\_\_ day of _____, 2014, I mailed a copy of the summons and petition in the above action by first-class mail, postage prepaid, addressed to:

_____

                         By:_____

(7)    No Service: The following defendant was not found in this county:

_____

Dated: _____       _____

                                   Signature and Title of Officer





IN THE DISTRICT COURT OF CLAY COUNTY, KANSAS

2014 OCT 31  AM 11: 44

CLERK OF COURT
CLAY COUNTY, KANSAS

KIMBERLY FRANKEN and LAURENCE FRANKEN, )
)
Plaintiffs, )
)
v. )
) Case No. 14CV31
SEARS, ROEBUCK AND CO., a New York )
Corporation, d/b/a Sears Holdings Corporation; )
KCD IP, LLC, a wholly-owned subsidiary of )
Sears Holdings Corporation organized in Delaware; )
ELECTROLUX HOME PRODUCTS, )
INC., a Delaware Corporation; and TOSHIBA )
INTERNATIONAL CORPORATION, )
a California Corporation, )
)
Defendants. )

## PETITION PURSUANT TO K.S.A. CHAPTER 60

COME NOW Plaintiffs Kimberly Franken and Laurence Franken (hereinafter "the Frankens")

and for their claims and causes of action against the Defendants Sears, Roebuck and Co., d/b/a Sears

Holdings Corporation (hereinafter collectively "Sears"), KCD IP, LLC  (hereinafter "Kenmore");

Electrolux Home Products, Inc. (hereinafter "Electrolux); and Toshiba International Corporation

(hereinafter "Toshiba"), state and allege as follows:

### Allegations Common to All Counts.

*The Parties.*

1.      Laurence Franken and Kimberly Franken (collectively, "the Frankens") are individuals

residing in Kansas at 4043 N. 107th Terrace, Kansas City, Kansas 66109.  At all relevant times, they

-1-

owned the house and property at 2169 Broughton Road, Clay Center, Kansas, which is the subject of this lawsuit.

2.   The Defendants are as follows:

(a)   Sears, Roebuck and Co., d/b/a Sears Holdings Corporation, is a New York Corporation and a retailer of consumer appliances doing business in Kansas. It lists Pat Fruhwirth as its agent with the Kansas Secretary of State. Its principal place of business is 3333 Beverly Road, B2-130B, Hoffman Estates, IL 60179. Its Resident Agent in Kansas is The Corporation Company, Inc., at 112 SW 7th Street, Suite 3C, Topeka, KS 66603.

(b)   KCD IP, LLC, commonly known as Kenmore, is a wholly-owned subsidiary registered with the Securities and Exchange Commission to Sears Holdings Corporation and organized in Delaware. It is a manufacturer of consumer appliances owned, controlled by, and doing business in Kansas through the Sears companies mentioned above.

(c)   Electrolux Home Products, Inc., is a Delaware Corporation and a manufacturer of consumer appliances doing business in Kansas. It lists Holly Blake as its agent with the Kansas Secretary of State. Its principal place of business is 10200 David Taylor Drive, Charlotte, NC 28262. Its Resident Agent in Kansas is The Corporation Company, Inc., at 112 SW 7th Street, Suite 3C, Topeka, KS 66603.

(d)   Toshiba International Corporation is a California Corporation and a manufacturer of consumer electronic products doing business in Kansas. It

-2-

lists Richard Walla as its agent with the Kansas Secretary of State. Its principal place of business is 13131 West Little York, Houston, Texas 77041. Its Resident Agent in Kansas is The Corporation Company, Inc., at 112 SW 7th Street, Suite 3C, Topeka, KS 66603.

### Jurisdiction and Venue.

3.      This Court has jurisdiction over the Defendants herein pursuant to K.S.A. 60-308(b)(1)(A), (B), (E), (G)(ii), and (L).

4.      This Court has venue over this case pursuant to K.S.A. 60-603(3) (Frankens) and K.S.A. 60-604(2) (all other parties).

### Frankens Purchase Kenmore Air Conditioning Unit from Sears.

5.      On or about May 28, 2011, the Frankens purchased from Sears an air conditioning unit manufactured by Kenmore and/or Electrolux containing an electrical capacitor manufactured by Toshiba from Sears Store No. 9300 (the "Kenmore Air Conditioning Unit") (Exhibit A - Receipt for Kenmore Air Conditioner, attached hereto and incorporated herein by reference).

6.      The capacitor was manufactured by Toshiba and incorporated and installed in the air conditioning unit by Kenmore and/or Electrolux before Sears sold the unit to the Frankens.

7.      The Frankens installed and operated the said Kenmore Air Conditioning Unit according to the manufacturer's instructions in the 2169 Broughton Road residence in rural Clay County, Kansas. This home was occupied at all relevant times by a tenant named Mark Hutchinson.

*Sears Air Conditioning Unit Causes House Fire.*

8.      On or about June 22, 2013, the said Kenmore Air Conditioning Unit malfunctioned during normal and proper operation, causing a fire which substantially damaged the Frankens' residence at 2169 Broughton Road in Clay Center, Kansas.

9.      Forensic inspection of the house and air conditioning unit after the fire and testing on an identical model Kenmore air conditioning unit determined that the said Kenmore Air Conditioning Unit was the ignition source of the fire inside the 2169 Broughton Road residence.  These tests further revealed that the source of the fire inside the Kenmore Air Conditioning Unit was a faulty or malfunctioning capacitor.  These forensic tests ruled out the house electrical wiring system, including the power outlet, circuit, and fuse.  These tests also eliminated storm surges from lightning as alternative sources of the fire and/or electrical failure.

10.     The tenant who lived in the Frankens' 2169 Broughton Road house, Mark Hutchinson, described to Fire Cause and Origin Investigators hearing "a loud boom that sounded like a 'gun shot'" in the living room where the said Kenmore Air Conditioning Unit was installed. Hutchinson further described observing intense flames emitting from the front of the unit when he went to investigate the noise.

*Damages.*

11.     The Frankens sustained damages exceeding $75,000.00 as the result of the fire caused by the Kenmore Air Conditioning Unit.

*Dangerous Manufacturing and Warning Conditions.*

12.    The said Kenmore Air Conditioning Unit was in a dangerous condition at the time

Sears sold it to the Frankens due to a hidden manufacturing flaw in the capacitor and electrical system

of the said unit.

13.    Forensic testing determined that a defect or failure in the capacitor caused electricity

to arc to the power cord, or vice versa, or to some other component of the unit.  Testing determined

that this electrical arcing set the insulation inside the unit ablaze and caused the ensuing house fire.

14.    The Owner's Manual and Installation Instructions for the said Kenmore Air

Conditioning Unit contain no warnings that the unit's electrical system might fail and spontaneously

catch fire.  Likewise, the Owner's Manual and Installation Instructions contain no safety instructions

for avoiding such a failure or fire (Exhibits B and C - Owner's Manual and Installation Instructions,

attached hereto and incorporated herein by reference).

15.    Kenmore's Limited Warranty set forth on Page 2 of the Owner's Manual offers free

repairs "if the product fails due to a defect in material and workmanship within one (1) year from the

date of purchase" (Exhibit B, attached and incorporated herein by reference).

16.    In the "troubleshooting" section of the same Owner's Manual, Kenmore describes the

"typical" sounds made by the air conditioning unit during "normal" operation to include: "high-

pitched whining," "rushing air," "pinging and/or swishing," "gurgling," "hissing," "beeping" and

"vibration."

17.    The "troubleshooting" portion of the Owner's Manual does not describe how to

prevent or diagnose a failed electrical capacitor or an event where the unit makes a "loud boom like

a gun shot."

-5-

18.     The "troubleshooting" portion of the Owner's Manual does not describe what intense flame emitting from the front of the unit might mean about the "normal" or "typical" functioning of the unit.

19.     Neither this particular Kenmore Air Conditioning Unit, nor the line of such units, are subject to any product recalls.

20.     The Frankens did not and could not anticipate that the said Kenmore Air Conditioning Unit contained this said hidden danger.

21.     No ordinary, prudent consumer exercising common sense and utilizing common knowledge, including the Frankens, could be reasonably expected to contemplate or foresee that this or any other two-year-old Kenmore Air Conditioning Unit would contain the hidden danger of spontaneous combustion or electrical failure and fire when utilized, as here, in the manner and for the purpose intended by each and every Defendant.

22.     The dangerous manufacturing and warning conditions existed and remained latent when the said Kenmore Air Conditioning Unit was sold to the Frankens.

### COUNT I:
### Breach of Implied Warranty of Merchantability.

23.     All prior paragraphs are incorporated by reference as if fully set forth herein.

24.     Sears sold the said Kenmore Air Conditioning Unit to the Frankens. The Frankens could therefore reasonably be expected to use, consume, or be affected or injured by the said unit if it malfunctioned.

25.     The Defendants herein breached the implied warranty of merchantability by selling and/or manufacturing the said unit and its components in the defective and dangerous manner

-6-

described above and by failing to adequately disclose or warn the Frankens of the hidden danger of electrical fire latent in the capacitor installed in this unit as described above.

26.    The breach and ensuing fire damaged the Plaintiffs as set forth above.

WHEREFORE, the Plaintiffs pray for judgment against each and every Defendant in an amount exceeding $75,000.00 plus statutory interest of 10% pursuant to K.S.A. 16-201 from June 22, 2013, for costs herein, and for such other and further relief as the Court deems just and equitable.


## COUNT II:
### Breach of Express Warranty.

27.    All prior paragraphs are incorporated by reference as if fully set forth herein.


*Breach of Warranty.*

28.    The Limited Warranty described above is an express promise by Kenmore and/or Electrolux that the Kenmore Air Conditioning Unit contains reliable components, parts, and workmanship.

29.    The troubleshooting descriptions in the Owner's Manual of "typical" operations of the product are factual representations that the product will conform to these "normal" operations.

30.    These promises and factual representations are inherent to the purchase agreement of the said Kenmore Air Conditioning Unit insofar as a reasonable and prudent consumer would take a manufacturer and seller of such a unit at its word that the product will operate "normally" because it contains reliable components, parts, and workmanship.

31.    A reasonable and prudent consumer confronted with a "loud boom" coming from a window air conditioner engulfed in flames would reasonably believe that the air conditioner was

-7-

faulty.   Such a consumer would also reasonably respond as Hutchinson did by calling the Fire Department.

32.     By installing the faulty capacitor, which caused a loud boom and intense fire and flame, Kenmore and/or Electrolux breached the express warranties made in the Owner's Manual that the Kenmore Air Conditioning Unit contained reliable components, parts, and workmanship such that the unit would function in a "normal" or "typical" manner by emitting cold air and not intense flames.

33.     By manufacturing such a capacitor, Toshiba likewise breached these express warranties regarding its product.

34.     This breach of the express warranties of reliable components, parts, and workmanship and normal and/or typical operation caused the Plaintiffs damages as described above.

WHEREFORE, the Plaintiffs pray for judgment against each and every Defendant in an amount exceeding $75,000.00 plus statutory interest of 10% pursuant to K.S.A. 16-201 from June 22, 2013, for costs herein, and for such other and further relief as the Court deems just and equitable.

### COUNT III:
### Negligent Manufacture or Design.

35.     All prior paragraphs are incorporated by reference as if fully set forth herein.

#### *Legal Duties.*

36.     Under Kansas law, retailers like Sears and manufacturers like Kenmore, Electrolux, and Toshiba have a duty to inspect and to test a product for safety defects before transmitting it to a consumer. Failure by any manufacturer or seller to perform either the duty of inspection or the duty of testing constitutes negligence. PIK-Civil 4th 128.03 and 128.04.

-8-

37.     Sellers and manufacturers like the Defendants must also perform a duty of ordinary care to consumers.   This duty consists of doing those things that a reasonable and careful manufacturer or seller engaged in the same business would do and also avoiding those activities that a reasonably careful manufacturer or seller engaged in the same business would avoid.  PIK-Civil 4th 128.01.

38.     A reasonably careful manufacturer or seller of air conditioners would test and inspect the electrical components of an air conditioning unit like the one sold to the Frankens to ensure that the unit would not spontaneously fail and catch fire.  Such a reasonably prudent manufacturer or seller would also avoid selling an air conditioning unit prone to spontaneously fail or catch fire.

39.     A reasonably careful manufacturer or seller of electrical capacitors would test and inspect its products to ensure that they would not spontaneously fail and catch fire.  Such a reasonably prudent manufacturer or seller would also avoid selling a product prone to spontaneously fail and catch fire.

*Breach.*

40.     Sears, Kenmore, and Electrolux breached their duties to the Frankens by failing to avoid manufacturing and/or selling the unreasonably dangerous Kenmore Air Conditioning Unit to the Frankens and by failing to test and/or inspect the unit sold to ensure that it would not spontaneously fail and catch fire.

41.     Toshiba breached its duties to the Frankens by failing to avoid manufacturing or selling an unreasonably dangerous electrical capacitor to the Frankens and by failing to test and/or inspect the capacitor to ensure that it would not spontaneously fail or catch fire.

-9-

*Causation and Damages.*

42.     Each of the breaches described above caused or contributed to cause the fire and ensuing damages described above despite the Frankens' exercise of ordinary care and compliance with all safety instructions and warnings provided with the Kenmore Air Conditioning Unit.  PIK-Civil 4th 128.06.

WHEREFORE, the Plaintiffs pray for judgment against each and every Defendant in an amount exceeding $75,000.00 plus statutory interest of 10% pursuant to K.S.A. 16-201 from June 22, 2013, for costs herein, and for such other and further relief as the Court deems just and equitable.

## COUNT IV:
## Negligent Failure to Warn.

43.     All prior paragraphs are incorporated by reference as if fully set forth herein.

*Legal Duties.*

44.     In addition to the duties described above, each of the Defendants herein also have a duty under Kansas law to warn a normal consumer like the Frankens who has no special safety knowledge and who exercised normal and reasonable care and precaution.  This duty to warn extends to potential dangers that can reasonably be anticipated by the manufacturer or seller when the dangers cannot be realized by a reasonably prudent consumer because the dangers are not open, obvious, or patent.  This duty to warn includes a duty to provide adequate safety instruction for safe and proper use of such products.  PIK-Civil 4th 128.05.

-10-

*Breach.*

45.     None of the Defendants herein provided the Frankens any warning in the Owner's Manual or otherwise that the said Kenmore Air Conditioning Unit, or any one like it, might spontaneously catch fire due to faulty electrical components during the normal use and operation of the said air conditioning unit.

46.     None of the Defendants herein provided the Frankens with any safety instruction or "troubleshooting" advice for avoiding the spontaneous fire caused by the defective capacitor and electrical system in the said Kenmore Air Conditioning Unit.

47.     While water damage or mold might be obvious dangers of normal air conditioning unit operation, a loud boom like a gun shot and intense fire are not obvious or patent dangers of a properly operating window air conditioner.

48.     Sears and Electrolux breached their duties to warn and adequately instruct the Frankens regarding the said Kenmore Air Conditioning Unit.

49.     Toshiba breached its duty to warn and adequately instruct the Frankens regarding the electrical capacitor contained in that same air conditioning unit.

*Causation and Damages.*

50.     Each breach described above caused and/or contributed to cause the fire and ensuing damages described above despite the Frankens' exercise of ordinary care and compliance with all safety warnings and instructions provided with the said Kenmore Air Conditioning Unit. PIK-Civil 4th 128.06.

WHEREFORE, the Plaintiffs pray for judgment against each and every Defendant in an amount exceeding $75,000.00 plus statutory interest of 10% pursuant to K.S.A. 16-201 from June 22, 2013, for costs herein, and for such other and further relief as the Court deems just and equitable.

Respectfully submitted,

NORTON, WASSERMAN, JONES & KELLY, L.L.C.
213 South Santa Fe
P. O. Box 2388
Salina, KS  67402-2388
(785) 827-3646
Fax (785) 827-0538
E-mail: nrk@nwjklaw.com


By:_____
Norman R. Kelly
SC #10639
Attorney for Plaintiffs

## DEMAND FOR JURY TRIAL

COME NOW the Plaintiffs, by and through counsel, Norman R. Kelly, Esq. of Norton,

Wasserman, Jones & Kelly, LLC, who hereby demands trial by jury of all issues of fact so triable.

Respectfully submitted,

NORTON, WASSERMAN, JONES & KELLY, L.L.C.
213 South Santa Fe
P.O. Box 2388
Salina, KS  67402-2388
(785) 827-3646
Fax (785) 827-0538
E-mail: nrk@nwjklaw.com


By: _____
Norman R. Kelly
SC #10639
Attorney for Plaintiffs

S E A R S . C O M

7100 WESTOWN PKWY

800-349-4358

S A L E S C H E C K   #
0 9 3 0 0 1 3 8 0 0 9 7

TRAN#      STORE     REG#     ASSOC#
.0097      09300     138        75

S A L E
42 70181     QTY:     1 MDS     449.99T
                        SUBTOTAL    449.99
            OUT OF STATE TAX     38.47

CARD TYPE: SEARS MASTERCARD
ACCT#:      1741
AUTH CODE:   027133
05/28/11   SEARS MSTRCRD TOTAL    488.46

PURCHASER:  LARRY  FRANKEN
ADDRESS:     4043 N 107TH TER
CITY/STATE: KANSAS CITY, KS
ZIP CODE:   66109
PHONE:      913-721-9979 913-721-9979



EXHIBIT
A

Use & Care Guide
Manual de Uso y Cuidado
English / Español



Models/Modelos: 253.70181, 253.70251

# Kenmore.

# WINDOW TYPE ROOM AIR CONDITIONER
# TIPO DE SALA DE VENTANA DE AIRE ACONDICIONADO

P/N  2020219A1359
Sears Brands Management Corporation
Hoffman Estates, IL 60179 U.S.A.
www.kenmore.com
www.sears.com





EXHIBIT

B

## TABLE OF CONTENTS

Warranty ................................................... 2

Master Protection Agreements........................... 3

Important Safety Instructions................................ 4

Air conditioner Feature........................... 5-7

Additional Things ................................. 8

Care and Cleaning ............................................. 9

Energy Saving Ideas ............................................ 9

Troubleshooting Guide ........................... 10-11

Normal Sounds ...................................... 12

Call for Service .................................................. Back Cover

**Kenmore Limited Warranty**

When installed, operated and maintained according to all supplied instructions, if this product fails due to a defect in material and workmanship within one year from the date of purchase, call 1-800-4-MY-HOME® to arrange for free repair.

If the sealed refrigerant system of this product is defective within five years from the purchase date, call 1-800-4-MY-HOME® to arrange for free repair.

All warranty coverage applies for only 90 days from the date of purchase if this product is ever used for other than private family purposes.

**This warranty covers only defects in material and workmanship. Sears will NOT pay for:**
1. Expendable items that can wear out from normal use, including but not limited to filters, belts, light bulbs, and bags.
2. A service technician to instruct the user in correct product installation, operation or maintenance.
3. A service technician to clean or maintain this product.
4. Damage to or failure of this product if it is not installed, operated or maintained according to the all instructions supplied with the product.
5. Damage to or failure of this product resulting from accident, abuse, misuse or use for other than its intended purpose.
6. Damage to or failure of this product caused by the use of detergents, cleaners, chemicals or utensils other than those recommended in all instructions supplied with the product.
7. Damage to or failure of parts or systems resulting from unauthorized modifications made to this product.

**Disclaimer of implied warranties; limitation of remedies**

Customer's sole and exclusive remedy under this limited warranty shall be product repair as provided herein. Implied warranties, including warranties of merchantability or fitness for a particular purpose, are limited to one year or the shortest period allowed by law. Sears shall not be liable for incidental or consequential damages. Some states and provinces do not allow the exclusion or limitation of incidental or consequential damages, or limitation on the duration of implied warranties of merchantability or fitness, so these exclusions or limitations may not apply to you.

This warranty applies only while this appliance is used in the United States or Canada. This warranty gives you specific legal rights, and you may also have other rights which vary from state to state.

**Sears Brands Management Corporation, Hoffman Estates, IL 60179**
**Sears Canada Inc., Toronto, Ontario, Canada M5B 2C3**

2

## Master Protection Agreements

Congratulations on making a smart purchase. Your new Kenmore® product is designed and manufactured for years of dependable operation. But like all products, it may require preventive maintenance or repair from time to time. That's when having a Master Protection Agreement can save you money and aggravation.

The Master Protection Agreement also helps extend the life of your new product. Here's what the Agreement* includes:

- ☑ **Parts and labor** needed to help keep products operating properly **under normal use**, not just defects. Our coverage goes well beyond the product warranty. No deductibles, no functional failure excluded from coverage — real protection.
- ☑ **Expert service** by a force of more than 10,000 **authorized Sears service technicians**, which means someone you can trust will be working on your product.
- ☑ **Unlimited service calls and nationwide service**, as often as you want us, whenever you want us.
- ☑ **"No-lemon" guarantee** — replacement of your covered product if four or more product failures occur within twelve months.
- ☑ **Product replacement** if your covered product can't be fixed.
- ☑ **Annual Preventive Maintenance Check** at your request — no extra charge.
- ☑ **Fast help by phone** — we call it **Rapid Resolution** — phone support from a Sears representative on all products. Think of us as a "talking owner's manual."
- ☑ **Power surge protection** against electrical damage due to power fluctuations.
- ☑ **$250 Food Loss Protection** annually for any food spoilage that is the result of mechanical failure of any covered refrigerator or freezer.
- ☑ **Rental reimbursement** if repair of your covered product takes longer than promised.
- ☑ **10% discount** off the regular price of any non-covered repair service and related installed parts.

Once you purchase the Agreement, a simple phone call is all that it takes for you to schedule service. You can call anytime day or night, or schedule a service appointment online.

The Master Protection Agreement is a risk free purchase. If you cancel for any reason during the product warranty period, we will provide a full refund. Or, a prorated refund anytime after the product warranty period expires. Purchase your Master Protection Agreement today!

**Some limitations and exclusions apply. For prices and additional information in the U.S.A. call 1-800-827-6655.**

**∗Coverage in Canada varies on some items. For full details call Sears Canada at 1-800-361-6665.**

### Sears Installation Service

For Sears professional installation of home appliances, garage door openers, water heaters, and other major home items, in the U.S.A. or Canada call **1-800-4-MY-HOME®.**

# Read and Save These Instructions

This Use & Care Guide provides specific operating instructions for your model. Use the air conditioner only as instructed in this guide. These instructions are not meant to cover every possible condition and situation that may occur. Common sense and caution must be practiced when installing, operating, and maintaining any appliance.

**Record Your Model and Serial Numbers**

Record in the space provided below the model and serial numbers. The serial plate is located on the outside of the cabinet, or behind filter at the bottom of unit. Reading the numbers may be easier by using a flashlight or by removing the cabinet front as instructed under " Care and Cleaning. "

Model Number : _____

Serial Number : _____

Purchase Date : _____

3

## Important Safety Instructions

Read all instructions before using this air conditioner.

⚠ WARNING  For Your Safety

Do not store or use gasoline or other flammable vapors and liquids in the vicinity of this or any other appliance. Read product labels for flammability and other warnings.

⚠ WARNING  Prevent Accidents

To reduce the risk of fire, electrical shock, or injury to persons when using your air conditioner, follow basic precautions, including the following:
* Be sure the electrical service is adequate for the model you have chosen. This information can be found on the nameplate, which is located on the side of the cabinet.
* If the air conditioner is to be installed in a window, you will probably want to clean both sides of the glass first. If the window is a triple-track type with a screen panel included,remove the screen completely before installation.
* Be sure the air conditioner has been securely and correctly installed according to the separate installation instructions provided with this manual. Save this manual and the installation instructions for possible future use in removing or reinstalling this unit.
* When handling the air conditioner, be careful to avoid cuts from sharp metal fins on front and rear coils.

⚠ WARNING  Electrical Information

The complete electrical rating of your new room air conditioner is stated on the serial plate. Refer to the rating when checking the electrical requirements.
* Be sure the air conditioner is properly grounded. To minimize shock and fire hazards, proper grounding is important. The power cord is equipped with a three-prong grounding plug for protection against shock hazards.
* Your air conditioner must be used in a properly grounded wall receptacle. If the wall receptacle you intend to use is not adequately grounded or protected by a time delay fuse or circuit breaker, have a qualified electrician install the proper receptacle.
* Do not run air conditioner without outside protective cover in place. This could result in mechanical damage within the air conditioner.
* **Do not use an extension cord or an adapter plug.**

⚠ NOTE  The power supply cord with this air conditioner contains a current detection device designed to reduce the risk of fire.
Please refer to the section 'Operation of Current Device' for details.
In the event that the power supply cord is damaged, it cannot be repaired, and it must be replaced with a cord from the Product manufacturer.

⚠ WARNING  Avoid fire hazard or electric shock. Do not use an extension cord or an adaptor plug. Do not remove any prong from the power cord.

Grounding type wall receptacle



Do not, under any circumstances, cut, remove, or bypass the grounding prong.

Power supply cord with 3-prong grounding plug and current detection device

## READ THIS SECTION BEFORE ATTEMPTING TO OPERATE AIR CONDITIONER.

Unit must be upright for one hour prior to operating.

## Operation of Current Device

Plug in & press RESET



The power supply cord contains a current device that senses damage to the power cord.
To test your power supply cord do the following:
1. Plug in the Air Conditioner.
2. The power supply cord will have TWO buttons on the plug head. Press the TEST button. You will notice a click as the RESET button pops out.
3. Press the RESET button. Again you will notice a click as the button engages.
4. The power supply cord is now supplying electricity to the unit. (On some products this is also indicated by a light on the plug head).

NOTES:
• Do not use this device to turn the unit on or off.
• Always make sure the RESET button is pushed in for correct operation.
• The power supply cord must be replaced if it fails to reset when either the TEST button is pushed, or it cannot be reset. A new one can be obtained by contacting Sears at 1-800-4-MY-HOME®.
• If power supply cord is damaged, it CANNOT be repaired. It MUST be replaced by one obtained by contacting Sears at 1-800-4-MY-HOME®.

Safety Instructions

4

## Air Conditioner Features

### ELECTRONIC CONTROL

Before you begin, thoroughly familiarize yourself with the control panel and remote as shown below and all its functions, then touch the symbol pads for the functions you desire. **The unit can be controlled by the panel touch pads or with the remote control.**



**TOUCH PAD**

### REMOTE CONTROL



**Battery Size: AAA, Qty.: 2**

**WARNING:** Do not mix old and new batteries. Do not mix alkaline, standard (carbon-zinc), or rechargeable (nickel-cadmium) batteries.

5

## Air Conditioner Features (continued)

Note: The following instructions describe the Control Panel Touch Pads. The same instructions apply to the Remote Control.

To turn unit on or off press the ON/OFF ① button:



Note: The unit is programmed to start in the cool mode, with high fan speed and a temperature setting of 72 °F.

To use Cool, press the MODE button to select:



To change the Temperature Setting use the UP and Down arrows as required:

 

To adjust Fan Speeds press the Fan Speed button and select:

  

LOW            MED            HIGH

To use the Auto Fan Feature press the Fan Speed button and select AUTO:



Note: Fan speed starts at high and adjusts to a slower speed as the room temperature dictates. For example, if the room doesn't get too warm it will stay at the slowest speed. If the room temperature rises quickly, such as when a door is opened, it will automatically go to the highest speed. The fan speed will re-adjust back to the slowest speed as the room returns to the original set temperature.

To operate on Fan Only, press the MODE button to select:



Use Fan Only function to circulate room air without air conditioner cooling. You can use any fan speed you prefer and the actual room temperature will be displayed in the DISPLAY.

6

# Air Conditioner Features
(continued)

To use Energy Saver press the MODE button to select:



You will save energy usage in this mode. The compressor and motor will turn off once the room is at the desired temperature. The air will be sampled for 20 seconds every 10 minutes until the room is above the set temperature, at which point the compressor turns back on and the fan runs. The entire process is now repeated.

To use the Sleep feature press the SLEEP button and the LED will illuminate:



The set temperature will increase 2 °F 30 minutes after this mode is selected. It will increase again after 30 minutes by another 2 °F. It will stay at this set point for 7 hours, and then return to the original setting.

To use the Timer function press the TIMER button and the LED will illuminate:



Press the UP and DOWN arrows to select the desired time up to 24 hrs. The control will count down the time remaining in 1 and 0.5 hr increments. If you need to change the set temperature, press MODE then the UP/DOWN arrows. Then after 5 seconds the display will revert to the hours remaining. This mode can be cancelled by pressing the TIMER button. The mode will operate one time, then the above steps have to be repeated. NOTE: Timer button is functional when On/Off button is set to either On or Off. When set to On, the amount selected is the time remaining until the unit shuts Off. When set to Off, the amount is the time until the unit turns On.

Check Filter Feature:



After 250 hours of operation, the Filter Reset LED will light. This is a reminder to clean the filter housed behind the front panel to keep the unit operating efficiently. Pressing the FILTER RESET button for 3 seconds will reset this reminder and turn off the LED.

Remote Sensing Feature:



LIGHT pulsing ( On & Off intermittently ).

PRESS REMOTE
SENSING START BUTTON

Remote Sensing allows you to transmit the room temperature and desired coolness setting from where you sit to the air conditioner. The air conditioner then cools the area where you sit to your desired coolness setting. Note: This feature can be activated from the remote control ONLY, and the unit must be in a cooling mode.
To activate the remote sensing feature, point the remote control towards the unit and press the remote sensing Start button. Next, use the " ∧ ∨ " buttons to set the desired room temperature with the remote. (Note that the set temperature will only be displayed on the unit itself ). The LIGHT on the unit control will pulse to indicate it received the signal. The LIGHT on the remote control will pulse each time it sends a signal. It will periodically send this signal until the feature is deactivated by pressing the remote sensing Stop button. If the unit does not receive the remote sensing signal during any 200 second interval, the unit will beep to indicate the remote sensing mode has ended. The display on the remote control indicates the temperature at the remote ONLY.
NOTE: The Remote Sensing function is terminated either by using the Remote Sensing Stop button or the main ON/OFF button on the unit.

7

## ADDITIONAL THINGS YOU SHOULD KNOW

Now that you understand the basic operation functions, here are more control features with which you should become familiar.

* The "cool" circuit has an automatic 3 minute time delayed start if the unit is turned off and on quickly. This prevents overheating of the compressor and possible circuit breaker tripping. The fan will continue to run during this time.

* There is a 2-Second delay for the compressor shutting down when selecting FAN ONLY. This is to cover the possibility of having to roll through to select another mode.

* The control will maintain the set temperature within 2 degrees Fahrenheit, between 60F and 90F degrees.

* The control is capable of displaying temperature in degrees Fahrenheit or degrees Celsius. To convert from one to the other and back, press and hold both the "TEMP/TIMER" Up(∧) and Down (∨) buttons for 3 seconds.

   

### FAULT CODES :

If the display reads "ES" or "AS", a sensor has failed. Contact 1-800-4-MY-HOME® for repair.

   

Evaporator coil sensor        Air temperature sensor

### AUTO RE-START :

After a power outage, the unit will remember the last setting and return the unit to the same setting once power is restored.

### FRESH AIR VENT CONTROL

1. Pushed In (Fig. 1) — Recirculates inside air
2. Partially Pulled Out (Fig. 2) — Draws fresh air into room
3. Fully Pulled Out (Fig. 3) — Exhausts air from room and draws fresh air into room



Figure 1 ( VENT CLOSED )



Figure 2 ( VENT OPEN )



Figure 3 ( VENT & EXHAUST OPEN )

8



LOUVERS

AUGER WHEELS

**Air Directional Louvers**

Air directional louvers control air flow direction. Your air conditioner has the 8-way directional system described below.

The louvers will allow you to direct the air flow Up or Down and Left or Right throughout the room as needed. Rotate the Auger Wheels until the desired Left or Right direction is obtained. Pivot horizontal louvers with your fingertips until the desired Up/Down direction is obtained. There are a total of 8 possible air directional orientations available with this system.

## Care and Cleaning

Clean your air conditioner occasionally to keep it looking new. Be sure to unplug the unit before cleaning to prevent shock or fire hazards.

**Air Filter Cleaning**

The air filter should be checked at least once a month to see if cleaning is necessary.

Trapped particles in the filter can build up and block air from flowing to cooling coils and cause an accumulation of frost on the cooling coils.

*   On models with Fresh Air Vent Control, push in control to vent closed position.
*   Open the front panel.
*   Grasp the filter by the center and pull up and out.
*   Wash the filter using liquid dishwashing detergent and warm water. Rinse filter thoroughly. Gently shake excess water from the filter. Be sure filter is thoroughly dry before replacing.
*   Or instead of washing, you may vacuum the filter clean.

NOTE: When replacing the air filter after cleaning, make sure the tabs on the air filter are on the upper part of filter, and placed outward as shown in the drawing on the left side.

**Cabinet Cleaning**

*   Be sure to unplug the air conditioner to prevent shock or fire hazard. The cabinet and front may be dusted with an oil-free cloth or washed with a cloth dampened in a solution of warm water and mild liquid dishwashing detergent. Rinse thoroughly and wipe dry.
*   Never use harsh cleaners, wax or polish on the cabinet front.
*   Be sure to wring excess water from the cloth before wiping around the controls. Excess water in or around the controls may cause damage to the air conditioner.
*   Plug in air conditioner.

**Winter Storage**

If you plan to store the air conditioner during the winter, remove it carefully from the window according to the installation instructions. Cover it with cloth or return it to the original carton.

NOTE: Store air conditioner in a dry place in upright position (horizontal with base down).



Top

Air Filter

Care & Cleaning

## Energy Saving Ideas



SAVE MONEY SAVE ENERGY

*   The capacity of the room air conditioner must fit the room size for efficient and satisfactory operation.
*   Install the room air conditioner on the shady side of your home. A window that faces north is best because it is shaded most of the day.
*   Do not block inside airflow around air conditioner with blinds, curtains or furniture; or outside with shrubs, enclosures, or other buildings.
*   Close the fireplace damper, floor and wall registers so cool air does not escape up the chimney and into the duct work.
*   Keep blinds and drapes in other windows closed during the sunniest part of the day.
*   Clean the air filter as recommended in the section "Care and Cleaning."
*   Proper insulation and weather stripping in your home will help keep warm air out and cool air in.
*   External house shading with trees, plants or awnings will help reduce the air conditioner's work load.
*   Operate heat producing appliances such as ranges, washers, dryers and dishwashers during the coolest part of the day.

9



# Room Air Conditioner Troubleshooting Guide

## THE AIR CONDITIONER WILL NOT OPERATE

| Check if ... | Then ... |
|---|---|
| Power supply cord is disconnected | Firmly push the cord into a live wall outlet having proper voltage. (Page 4) |
| House fuse has blown or circuit breaker tripped | Replace the fuse with a time delay type or reset the circuit breaker. (Page 4) |
| Power is OFF. | Push ON/OFF Button to turn ON. (Page 6) |
| Temperature setting is warmer than room temperature. | Set temperature to a lower setting. (Page 6) |
| Unit was turned OFF and ON too quickly. | Built-in delay will prevent compressor from turning on for 3 minutes. |
| Timer shut unit OFF. | Push ON/OFF Button to turn unit ON. (Page 6) |
| Touch Pad and Remote not responding. | Unit is in a locked mode. Unplug unit for 10 seconds, and then plug in again and the controls will reset. (Page 4) |
| Power Cord has tripped | Press the RESET button on the plug head. (Page 4) |

## THE AIR CONDITIONER BLOWS FUSES OR TRIPS CIRCUIT BREAKER

| Check if ... | Then ... |
|---|---|
| House fuse has blown or circuit breaker tripped. | Replace the fuse with a time delay type or reset the circuit breaker. (Page 4) |
| Too many electrical devices are being used on the same circuit. | Unplug or relocate electrical devices being shared on same circuit. |
| Unit is rated over 7.5 amps. | Unit should be plugged into a single circuit outlet. |
| Unit is plugged into an extension cord. | Do not use an extension cord to run the unit. (Page 4) |
| Unit was turned OFF and ON too quickly. | Turn unit OFF and wait 3 minutes before restarting. (Page 6) |

## THE AIR CONDITIONER TURNS ON AND OFF BY ITSELF

| Check if ... | Then ... |
|---|---|
| Outside temperature is extremely hot. | Set fan speed at the fastest setting for maximum cooling. (Page 6) |
| ENERGY SAVER feature is on. | ENERGY SAVER feature does not circulate air continually. Set mode to COOL for constant air circulation. (Page 5) |
| Timer turned unit ON or shut unit OFF. | Push ON/OFF Button to turn unit ON or OFF. (Page 6) |

## THE AIR CONDITIONER DOES NOT COOL THE ROOM - ICE BEHIND FRONT PANEL

| Check if ... | Then ... |
|---|---|
| Outside temperature is below 60°F. | Set mode to FAN ONLY and fan speed to fastest setting to defrost coil. (Page 6) |
| Filter is dirty. | Open front panel. Remove filter. Rinse or vacuum filter. Replace filter. Close Panel (Page 9) |
| BTU size is too large. | A lower capacity unit may be required depending on the size of the room being cooled. (Page 9) |

## THE AIR CONDITIONER DOES NOT COOL THE ROOM - NO ICE BEHIND FRONT PANEL

| Check if ... | Then ... |
|---|---|
| Filter is dirty. | Open front panel. Remove filter. Rinse or vacuum filter. Replace filter. Close Panel (Page 9) |
| Temperature setting is warmer than room temperature. | Set temperature to a lower setting. (Page 6) |
| Room temperature is below 60°F. | Unit is not designed to cool below 60°F. (Page 8) |
| Front of unit is blocked by furniture, drapes, blinds, etc. | Clear away area in front of unit. |
| Back of unit is blocked by leaves, dirt, branches, etc. | Clear away back of unit. |
| Doors, windows, registers, etc. are open. | Close doors, windows, registers, etc. |
| Unit recently turned on. | Allow time to cool a larger room. |
| Temperature sensor is touching the coil. | Open front panel. Remove filter. Turn end of temperature sensor away from coil. Replace filter. Close panel. |
| Excessive heat in the room being cooled. | Use exhaust vents while cooking or bathing. Limit use of heat producing appliances during the hottest part of the day. (Page 9) |
| Vent control is pulled open. | Push in vent control for maximum cooling. (Page 8) (CLOSED POSITION) |

Troubleshooting

# Room Air Conditioner Troubleshooting Guide
(Continued)

## THE AIR CONDITIONER RUNS TOO MUCH

| Check if ... | Then ... |
|---|---|
| Energy Saver is chosen. | Inside blower continues operating for one minute to use as much cooling that is available in the evaporator. |
| Current Unit replaced an older unit. | Newer, higher efficiency Air Conditioner may run longer to cool the room. Total energy consumption is less due to higher efficiency. |
| BTU size is too small. | A higher capacity unit may be required depending on the size of the room being cooled. (Page 9) |

## WATER DRIPPING FROM AIR CONDITIONER - INSIDE ROOM

| Check if ... | Then ... |
|---|---|
| Unit is not properly installed. | Unit should be mounted on a 1/4" downward slope to the outside (1/2 bubble on a carpenter's level) to provide proper drainage. Reposition or shim cabinet as necessary. DO NOT drill drain pan. |

## WATER DRIPPING FROM AIR CONDITIONER - OUTSIDE ROOM

| Check if ... | Then ... |
|---|---|
| Room is hot and humid. | Normal operation during hot and humid days. |

## THE REMOTE WILL NOT OPERATE AIR CONDITIONER

| Check if ... | Then ... |
|---|---|
| Batteries are not installed properly. | Verify batteries are installed properly. (Page 5) |
| Red light does not flash on the remote when the remote buttons are pressed. | Verify batteries are installed properly. Install a new set of batteries. (Page 5) |
| The remote is pointed at the unit. | The remote may not work properly when used at extreme angles to the front of the unit. |

## TYPICAL AIR CONDITIONER SOUNDS YOU MAY HEAR

| Check if ... | Then ... |
|---|---|
| High pitched whine or pulsating noise that cycles on and off. | Compressor - Normal noise due to modern high efficiency compressors. (Page 12) |
| Rushing air sound. | Fan/Motor - Normal noise of higher efficiency fans pushing air further into the room. (Page 12) |
| Pinging or swishing sounds. | Condenser - Normal noise of water hitting the condenser to increase energy efficiency. (Page 12) |
| Gurgling or hissing sounds. | Evaporator - Normal noise of refrigerant passing through evaporation. (Page 12) |
| Beeping. | Electronic Control - Normal noise when electronic control settings are changed. |
| Vibration. | Unit Vibration - Due to poor wall or window construction or incorrect installation. (Page 12) |

## REMOTE SENSING DEACTIVATING PREMATURELY

| Check if ... | Then ... |
|---|---|
| Remote control not located within range. | Place remote control within 10 feet & 120° angle radius of the front of the unit. |
| Remote control signal obstructed. | Remove obstruction. |

## ROOM TOO COLD

| Check if ... | Then ... |
|---|---|
| Set temperature too low. | Increase set temperature. |
| Remote Sensing activated and remote control located in Hot Spot | Relocate remote control or deactivate remote sensing. |

11

## Normal Sounds



**High Pitched Whine**
Today's high efficiency compressors may have a high pitched whine during the cooling cycle.

**Vibration**
Unit may vibrate and make noise because of poor wall or window construction or incorrect installation.

**Sound of Rushing Air**
At the front of the unit, you may hear the sound of rushing air being moved by the fan.

**Pinging or Swishing**
Droplets of water hitting condenser during normal operation may cause "pinging or swishing" sounds.

**Gurgle/Hiss**
"Gurgling or hissing" noise may be heard due to refrigerant passing through evaporator during normal operation.

Normal Sounds

12

# Get it fixed, at your home or ours!

## Your Home

For troubleshooting, product manuals and expert advice:

 manage**my**life

www.managemylife.com

For repair – **in your home** – of **all** major brand appliances, lawn and garden equipment, or heating and cooling systems, **no matter who made it, no matter who sold it!**

For the replacement parts, accessories and owner's manuals that you need to do-it-yourself.

For Sears professional installation of home appliances and items like garage door openers and water heaters.

## 1-800-4-MY-HOME® (1-800-469-4663)

Call anytime, day or night (U.S.A. and Canada)

www.sears.com   www.sears.ca

## Our Home

For repair of carry-in items like vacuums, lawn equipment, and electronics, call anytime for the location of your nearest

### Sears Parts & Repair Service Center

**1-800-488-1222** (U.S.A.)   **1-800-469-4663** (Canada)

www.sears.com   www.sears.ca

To purchase a protection agreement on a product serviced by Sears:

**1-800-827-6655** (U.S.A.)   **1-800-361-6665** (Canada)

Para pedir servicio de reparación a domicilio, y para ordenar piezas:

**1-888-SU-HOGAR®**

(1-888-784-6427)

www.sears.com

Au Canada pour service en français:

**1-800-LE-FOYER**MC

(1-800-533-6937)

www.sears.ca

# Sears

® Registered Trademark / ™ Trademark of KCD IP, LLC in the United States, or Sears Brands, LLC in other countries
® Marca Registrada / ™ Marca de Fábrica de KCD IP, LLC en Estados Unidos, o Sears Brands, LLC in otros países
MC Marque de commerce / MD Marque déposée de Sears Brands, LLC

# Installation Instructions

## For Medium (15-18.5K) + Heavy duty (22-28.5K) Air Conditioner
### READ BEFORE INSTALLING UNIT

**CAUTION**

To avoid risk of personal injury, property damage, or product damage due to the weight of this device and sharp edges that may be exposed:

* Air conditioners covered in this manual pose an excessive weight hazard. Two or more people are needed to move and install the unit. To prevent injury or strain, use proper lifting and carrying techniques when moving unit.
* Carefully inspect location where air conditioner will be installed. Be sure it will support the weight of the unit over an extended period of time.
* Handle air conditioner with care. Wear protective gloves whenever lifting or carrying the unit. AVOID the sharp metal fins of front and rear coils.
* Make sure air conditioner does not fall during installation.
* If a new electrical outlet is required, have the outlet installed by a qualified electrician before installing unit.

NOTE: DO NOT USE ANY SCREWS OTHER THAN THOSE SPECIFIED HERE.

### Preliminary instructions:

Do the following before starting to install unit. See illustrations below.
Check dimensions of your unit to determine model type:

|  | Heavy duty | Medium |
|---|---|---|
| Capacity: | 22,000~28,500 BTU | 15,000~18,500 BTU |
| Unit Height: | 18-5/8" | 17-5/8" |
| Unit Width: | 26-1/2" | 23-5/8" |
| Min. Window Opening: | 19-1/2" | 18-1/2" |
| Min. Window Width: | 31" | 26-1/2" |
| Max. Window Width: | 42" | 40-1/2" |

**1. Check window opening size:** the mounting parts furnished with this air conditioner are made to install in a wooden sill double-hung window. The standard parts are for window dimensions listed above. Open sash to a minimum of 19" (483mm). (FIG.1)

**2. Check condition of window:** all wood parts of window must be in good shape and able to firmly hold the needed screws. If not, make repairs before installing unit.

**3. Check your storm windows:** If your storm window frame does not allow the clearance required, correct by adding a piece of wood as shown (FIG.2), or by removing storm window while room air conditioner is being installed.



window sash seal
safety lock and 3/4" long hex head screw
foam gasket
top angle
washer head locking screw
frame assembly (left)
side retainer
1/2" long screws and locknuts
bottom rail seal to unit
locknut 3/4" long flat head bolt
window support bracket
sill angle bracket
frame assembly (right)



FIG.1
sash
19" min
1/2" min
inner sill
outer sill
storm window frame or other obstruction

FIG.2
sash
1/2" min   1-1/2" min   19" min
inner sill
outer sill
storm window frame or other obstruction
board thickness as required, along entire inner window sill; fasten to inner sill with two nails or screws

2

EXHIBIT

tabbies

# Installation Instructions

**4.  Check for anything that could block airflow**
Check area outside of window for things such as shrubs, trees, or awnings. Inside, be sure furniture, drapes, or blinds will not stop proper air flow.

**5.  Check the available electrical service**
**Power supply must** be the same as that shown on the unit serial nameplate. (See Use & Care Guide for serial plate location.) Power cord  is 48" long. Be sure you have an outlet near.

All models have a 3-prong service plug to provide proper service and safe positive grounding. Do not change plug in any way. Do not use an adapter plug. If your present wall outlet does not match your plug, call a qualified electrician to make the needed change.

**6.  Carefully unpack air conditioner**
Remove all packing material. Protect floor or other stable flat surface with covering to prevent scratches from unit. With the aid of an assistant, remove unit from styrofoam base and rest on protected surface. Move and install unit with the aid of an assistant. Save packing and shipping box for future unit storage.



**⚠ WARNING**  Avoid fire hazard or electric shock. Do not use an extension cord or an adaptor plug. Do not remove any prong from the power cord.

115V 15A   230V 15A   230V 20A

Grounding Prong

230V 30A

**Do not, under any circumstances, cut, remove or bypass the grounding prong.**

| Accessory Kit includes | |
|---|---|
| • Hardware bag(shipped inside window support brackets) | • Foam gasket |
| • Window support bracket (2) | • Window sash seal |
| • Side retainer (2) | • Bottom rail seal |
| • Window Filler Panel (2) | ∗ Top angle rail |
| ∗ MEDIUM models only HEAVY DUTY top angle rail can be found in carton base packaging (FIG.3) | |

| Tools   Required | |
|---|---|
| • a large flat blade screwdriver | • tape measure |
| • adjustable wrench or pliers | • pencil |
| • level | • Socket wrenches |
| • Phillips screwdriver | |



HEAVY DUTY
(22,000~28,500BTU)

FIG.3

TOP ANGLE RAIL

| Hardware ( in plastic bag) | | Qty. | Hardware ( in plastic bag) | | Qty. |
|---|---|---|---|---|---|
| | 7/16" Locking Screw and Flat Washer for window filler panels | 2 ea | | Sill Angle Bracket | 2 |
| | 3/4" Long hex head screw | 7 | | Long hex-head locking screw for top angle rail, side retainer 5/16" long | 10 |
| | Safety Lock | 1 | | Safety Lock (for Vinyl-Clad window) | 2 |
| | 1/2" Long Screw and locknut | 4 ea | | Locking screw #10 X 1/4" panhead Phillips screws (for Vinyl-Clad window) | 2 |
| | 3/4" Long Flat Head Bolt and Locknut | 2 ea | | weather seals (6"X3/4"X1/12") | 5 |
| | foam insert | 2 | | | |

# Installation Instructions

## Window   Mounting

**1** **Remove Air Conditioner from Cabinet**

NOTE: Remove any packaging material from cabinet exterior.
1. Pull down on front grille from upper edge. Lift front grille upwards and place to one side. (See FIG.1)
2. Remove filter. To remove, grasp in the middle on each side. Bow filter out to detach top edge from tabs. Once top is free, lift filter up and out.

FIG.1

Front Grille

FIG.2


3. Locate the four Front Panel screws and remove. These screws will be needed to re-install the Front Panel later (See FIG.2).
4. Push metal cabinet side inward to release plastic tabs on each side of Front Panel (see Fig. 3).
5. Rotate Front Panel up until top tabs are free. Pull panel straight out. When pulling out, front panel will also pull free from vent control lever. Depress latch on electronics plug (on some models) to disconnect.
6. Remove Front Panel from unit (see Fig. 4).

FIG.3


FIG.4

base pan handle

7. Remove shipping screws from top of unit and also on both sides by the base if installed. (See FIG.5)
8. With the aid of an assistant, hold the cabinet while pulling on the base pan handle (see FIG. 4), and carefully remove the air conditioner from cabinet.
9. Add two foam inserts to holes in top of cabinet where shipping screws were removed from. (See FIG.6)
10. Heavy duty models (22,000~28,500BTU) come with internal shipping packaging. THIS PACKAGING AND PLASTIC TIES MUST BE REMOVED PRIOR TO INSTALLING THE AIR CONDITIONER BACK INTO THE CABINET. (See FIG.7)
11. Remove plastic wrapping from all points on power cord.



FIG.5
shipping screws

FIG.6

Shipping Packaging

FIG.7

Plastic tie

**2** **Install Top Angle Rail and Side Retainers**

1. Remove adhesive strip coating from foam gasket. Attach adhesive side of gasket to bottom of top angle rail. Insert 4 screws from inside of cabinet and secure to top angle rail.
2. From inside of cabinet insert 3 screws to attach each side retainer as shown in Fig. 8. Attach side retainers with flat side against cabinet and angled edge toward rear of cabinet.



FIG.8
Top angle rail

Foam Gasket

**3** **Assemble Window Filler Panels**

1. Place cabinet on floor, a bench, or a table.
2. Slide "I" section at end of window filler panel into side retainer on each side of the cabinet (see FIG. 9 and FIG.10).
3. On each side of cabinet, insert top and bottom legs of window filler panel frame into channel in the top and bottom angle rails.
4. Insert a 7/16" locking screw and flat washer into hole on top leg of each window filler panel (see section 6). Do not totally tighten. Allow leg to slide freely. Screws will be tightened after Section 6.

# Installation Instructions



FIG.9  Top window filler panel leg

WINDOW FILLER PANEL

Bottom window filler panel leg

SIDE RETAINER

FIG.10   TOP VIEW

AIR CONDITIONER CABINET

PLASTIC FRAME

"I" SECTION

WINDOW FILLER PANEL

LOCKING SCREW HOLE

## 4  Place Cabinet in Window

1.  Open window and mark the center of window inner sill as shown (FIG. 11).
2.  Place cabinet in window with cabinet bracket securely seated over edge of inner sill as shown in FIG. 12. Bring window down temporarily behind top angle rail to hold cabinet in place.
3.  Shift cabinet left or right as needed to line up center of cabinet on center line marked on inner sill.
4.  **For wooden window:**  Fasten cabinet to window inner sill with two 3/4" long hex head screws into holes (FIG.13A). (You may wish to pre-drill pilot holes.)
    **For Vinyl-clad window:** Place two safety locks into the holes located in the bottom of the cabinet and drive two #10X1/4" pan-head Phillips locking screws through the safety locks into the cabinet as shown (FIG.13B).
5.  Remove protective strip from adhesive side of Bottom Rail Foam Seal.
    Apply Seal over screws fastening bottom rail to window inner sill.

FIG.11



FIG.12   Angle of cabinet bracket securely seated on edge of inner sill.

window inner sill

cabinet Bracket

window outer sill

FIG.13A

3/4" long HEX-HEAD SCREW

FIG.13B

A
B
C

A.  #10 X 1/4" pan-head Phillips screws
B.  Safety Lock (Only for Vinly-Clad Window)
C.  Bottom Rail Foam Seal

## 5  Install Support Bracket

1.  Hold each support bracket flush against outside of sill and tight to bottom of cabinet. Mark brackets at top level of sill. Mark cabinet bottom at distance of sill width. See Fig. 15 A. Remove support brackets.
2.  Attach sill angle brackets to support brackets at marked positions with flat head bolts and nuts. Hand tighten only at this point. See Fig. 15B.
3.  Insert 1/2" long bolts through appropriate holes in cabinet bottom given the sill width distance. Thread the bolts into the slots of the support brackets. Tighten lock washer nuts onto bolts.
4.  Adjust height of sill angle bracket so that bracket rests securely on edge of sill, and so that cabinet has the correct 5/8" to 3/8" downward tilt for proper water drainage (see Fig. 14). Tighten nuts securely.



FIG.14   Window Sash

5/16"- 3/8"

Side Louvers
Sill Angle Bracket
Window Sill

FIG.15A

1/2" LONG SCREWS AND LOCKNUTS

MARK

MARK

FIG.15B

LEFT

LOCKNUT

SILL ANGLE BRACKET

FLAT HEAD BOLT

1/2" LONG SCREWS AND LOCKNUTS

RIGHT

2 EACH REQ'D FOR EACH SUPPORT BRACKET

4

# Installation Instructions

**6**  **Extend Window Filler Panels and attach to top angle rail:**

1. Carefully raise window to expose filler panel locking screws on top angle rail. Loosen screws so filler panels slide easily.
2. Extend panels to fill window opening completely. Tighten locking screws on top (FIG. 16).
3. Close window behind top angle rail.
4. Attach the top angle rail to window frame: Use a 3/32" drill bit to drill one hole through the hole in the middle of top angle rail into the window frame, and drive one 3/4" HEX-HEAD locking screw through the hole in the middle of top angle rail into the window frame as shown (FIG. 17).



FIG.16   LOCKING SCREWS

7/16" Locking Screw and Washer

FIG. 17

3/4" long HEX-HEAD SCREW

FIG. 18B

**7**  **Attach Window Filler Panels to Window Frame**

1. Extend the window filler panels out against the window frame.
2. Use a 1/8" drill bit to drill a starter hole through the hole in the top leg of each window filler panel and into the window sash (Fig. 18A and Fig. 18B). Connect with one 10x3/4" screw.

FIG. 18A

Window Sash

C

B

A

weather seals

A

A. #10 X 3/4" round-head screw
B. left-hand Window Filler Panel Top Leg
C. Window channel

A. #10 X 3/4" round-head screw

**8**  **Install Window Sash Seal and Safety Lock**

1. Trim window sash seal to fit window width. Insert it into space between upper and lower sashes as shown (FIG. 19).
2. Attach right angle safety lock to top window sash as shown (FIG.20).
3. If necessary, trim weather seals to needed length, peel off protective backing, and use to plug any gaps. See Fig. 18B.

FIG.19

WINDOW SASH SEAL

FIG.20

SAFETY LOCK

3/4" long hex-head screws

FIG. 21

Vent control correct location

**9**  **Install Air Conditioner into Cabinet and Install Front Panel to Unit**

1. Lift air conditioner and carefully slide into cabinet.
2. **CAUTION: Do not push on controls OR finned coils.**
3. Be sure air conditioner is firmly seated towards rear of cabinet.
4. Reconnect electronics plug if present. Position vent control lever so that it will thread into its channel in the front panel (see FIG.21). Hook front panel top tabs into slots on cabinet top, and rotate front panel down so that side tabs snap into place on cabinet. Insert 4 previously removed screws through front panel and into air conditioner.
5. Insert air conditioner filter. Reinstall the front grille by hooking bottom tabs into slots on Front Panel bottom, then rotating grille up to snap into place.

# Installation Instructions

## Thru-The-Wall Installation

**⚠ NOTE:**

- Consult local building codes prior to installation, or a qualified carpenter.

**1  Select Wall Location**

This air conditioner slides out from its cabinet, so that it can be installed through an outside wall as explained below.

|  | Heavy duty | Medium |
|---|---|---|
| Max wall thickness | 10" | 8" |

**⚠ NOTE:**

- **IMPORTANT: Side louvers must never be blocked.**
- All parts needed for Thru-The-Wall Installation are provided, except a wood frame, shims, and 10 wood screws (#10-1" long minimum). Select a wall surface that:
  1. Does not support major structural loads such as the frame construction at ends of windows, and under truss-bearing points, etc.
  2. Does not have plumbing or wiring inside.
  3. Is near existing electrical outlets, or where another outlet can be installed.
  4. Faces to the area to be cooled, and it is not blocked.
  5. Allows unblocked airflow from rear sides and end (outside) of installed air conditioner.

**2  Prepare Wall**

1. Prepare wall in frame construction (including brick and stucco veneer). Working from inside the room, find wall stud nearest the center of area where air conditioner will be installed (by sounding wall, or by magnetically finding nails).
2. Cut out a hole on each side of center stud.
3. Measure between inside edges of every other stud as shown in FIG.1. Carefully measure and cut an opening with the following dimensions depending on your model. See FIG.1 and FIG.2.
WIDTH "X"  = inside model width plus twice the thickness of framing material used.
HEIGHT "Y" = inside model height plus twice the thickness of framing material used.

|  | Heavy Duty | Medium |
|---|---|---|
| Capacity: | 22,000~28,500BTU | 15,000~18,500BTU |
| Inside Frame Height: | 18-7/8" (47.9 cm) | 18" (45.7 cm) |
| Inside Frame Width: | 26-3/4" (67.9 cm) | 23-7/8" (60.6 cm) |



FIG.1

3-3/8" MIN (8.6 cm)



FIG.2

Y

Inside Frame Height

Inside Frame Width

X

UP TO 8-1/2"

# Installation Instructions

4. Build a wooden frame with the INSIDE dimensions of your model listed above. (Measure twice remember...) Frame depth should be the same as wall thickness. Fill in the space from the opending to the studs with wood spacers, as shown.

5. Nail frame to spacers to spacers with front flush with dry wall.

⚠ **NOTE:**

- If wall thickness is 8-1/2" or more, add aluminum flashing over bottom of frame opening to assure no water can enter area between inner and outer wall.



NAIL SPACERS
TO STUDS

FIG.3

LEVEL



FIG.4

CAULK AS
REQUIRED

ALUMINUM FLASHING
OVER BOTTOM OF FRAME

OVER 8-1/2"

**3** Prepare and Install Cabinet

1. Slide air conditioner from cabinet; refer back to Step 1 of Window Mounting.

2. Place cabinet into opening with bottom rail resting firmly on bottom board of wooden frame.

3. Position cabinet to achieve proper downward tilt for water removal. Unit must tilt back 5/16" to 3/8" for proper water drainage. (See FIG.5 below.)

4. Secure bottom rail to wood frame with two large wood screws 1" (2.5 cm) long using the two holes in the bottom of the channel resting on frame. (See FIG.6 following)



FIG.5

5/16"- 3/8"

Side Louvers



FIG.6

1" LONG
WOOD SCREW

Refer to Step 5 of Window Mounting for assembly of support brackets. Nail a wooden strip to the outside wall for the angle sill bracket to rest upon. See Fig. 7.

5. Screw or nail cabinet to wooden frame using shims as needed to eliminate cabinet distortion. See Fig. 8. Remember to maintain proper tilt as described in Step 3.

7

# Installation Instructions

FIG.7



- Support bracket
- Sill angle bracket

Wooden strip

FIG.8



6.  Install air conditioner into cabinet by following all steps in Step 9 of Window Mounting.

OPTIONAL: Caulking and installation of trim on interior wall may be done. You can buy wood from your local lumber or hardware supply. On the outside, caulk opendings around top and sides of cabinet, and all sides of wood sleeve to the opening.

 **NOTE:**

- See Step 5, Item 4 of Window Mounting Instructions for bottom rail seal location.

**Masonry Construction**

1.  Cut or build a wall opening in the masonry wall similar to the frame construction (refer to Step 2 of Thru-the-Wall Installation for a wall thickness greater than 8-1/2").
2.  Secure cabinet in place using masonry nails, or the right masonry anchor screws. (Another way to secure cabinet is to build a frame in the masonry wall such as the one shown in Fig. 3 of Step 2 Prepare Wall. Securely anchor frame to masonry wall. This way gives very good louver clearance on either side of cabinet.)
3.  Install a lintel to support masonry wall above cabinet. Existing holes in cabinet can be used and/or additions holes can be drilled to fasten cabinet at various positions. Be sure that side louver clearance is in accordance with Step 1 Select Wall Location.
4.  Install exterior cabinet support brackets as shown in Step 3 of Thru-the-Wall Installation. Caulk or flash if needed, to provide a weather-tight seal around top and sides of cabinet.
5.  To complete installation, apply wood trim molding around room side projection of cabinet.